IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNETHER O. PEEL,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security Administration,<br><br>               Defendant. | CIVIL ACTION<br>NO. 15-255 |

## ORDER

**AND NOW**, this 29th day of August 2016, upon consideration of the Plaintiff's request for review and the briefs filed by the parties, and after careful review of the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart (Doc. No. 18), Plaintiff's Objections to the Report and Recommendation (Doc. No. 19), and Defendant's Response to Plaintiff's Objections (Doc. No. 21),and in accordance with the Court's Opinion issued this day, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;
2. Plaintiff's request for review is **DENIED**.
3. Judgment is entered in favor of Defendant; and
4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.